ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| TIYA Support Services | ) ASBCA Nos. 62648, 62649, 62650 |
| | ) |
| Under Contract No. W911SE-10-C-0010 | ) |

APPEARANCE FOR THE APPELLANT:     Jerome S. Gabig, Esq.
                                                              Wilmer & Lee, PA
                                                              Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                                                         Army Chief Trial Attorney
                                                                         MAJ Seth Ritzman, JA
                                                                         MAJ Jason C. Coffey, JA
                                                                         Michael McDermott, Esq.
                                                                          Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 29, 2022

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62648, 62649, 62650, Appeals of TIYA Support Services, rendered in conformance with the Board's Charter.

Dated:  August 30, 2022

_for Jammye D. Abbott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals